

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Harlin DeWayne Hale*

**United States Bankruptcy Judge**

**Signed December 07, 2010**

---

```
BILLY D PRICE PC
5445 LA SIERRA DR
SUITE 400
DALLAS TX 75231
```

```
                IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE NORTHERN DISTRICT OF TEXAS
                            DALLAS DIVISION


In Re:                                         Case No. 09-37956-HDH-13
      DENNIS W. & NADINE E. WINTERROWD
            Debtor(s)
```

### ORDER ON DEBTOR'S OBJECTION TO CLAIM

```
At Dallas in said District:


     On this day came on for hearing the Debtor's Objection to Claim of Creditor
HSBC BANK NEVADA NA BEST BUY dated October 5, 2010 ("Objection"), and any responses
filed thereto.

After considering the pleadings, the evidence and stipulations, if any, and the
argument of counsel, the Court finds that the following order should be entered:



                                           Pacer Clm # 0007 /TT Clm # 0034
```

Order on Debtor Objection to Claim Page 2 of 2
09-37956-HDH-13
DENNIS W. & NADINE E. WINTERROWD


**IT IS FURTHER ORDERED** that the claim of HSBC BANK NEVADA NA BEST BUY is hereby **ALLOWED** or **DISALLOWED** as shown therein in the Debtor Objection to Claim at Column 4 except as follows:

| Creditor Name | Claim Amount | Allow/ Disallow | Amount | Class | Allow Disallow | Amount | Class |
|---|---|---|---|---|---|---|---|
| No changes | | | | | | | |

### End of Order ###


Approved by:    /s/ Thomas D. Powers
_____
Thomas D. Powers/Trustee/ State Bar #16218700